No. 1146. AMERICAN ART INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Joseph A. Perkins* for petitioner. *Solicitor General Griswold* and *Arnold Ordman* for respondent.

No. 1148. BLAIR *v.* CITY OF FARGO ET AL. Sup. Ct. N. D. Certiorari denied.

No. 1150. GREEN ET AL. *v.* WHEELER, STATE ENGINEER OF OREGON. Sup. Ct. Ore. Certiorari denied. *Marvin S. Nepom* for petitioners.

No. 1156. HALL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William B. Mahoney* for petitioner. *Solicitor General Griswold* for the United States.

No. 1160. L. B. FOSTER CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Neal Powers, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 1206. PATRUM *v.* CITY OF GREENSBURG. C. A. 6th Cir. Certiorari denied. *Theodore Wurmser* for petitioner. *Robert D. Simmons* for respondent.

No. 1197. CARTER, TRUSTEE IN BANKRUPTCY *v.* COMMERCIAL BANK OF MIDDLESBORO. C. A. 6th Cir. Certiorari denied. *Charles W. Rolph* for petitioner. *Joseph L. Lenihan* for respondent.